UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**19-11107 SECT. I MAG. 5**

| | | |
|---|---|---|
| MILTON ARMSTEAD III, | * | CIVIL ACTION |
| PLAINTIFF | * | |
| | * | |
| VERSUS | * | CIVIL RIGHTS VIOLATIONS, et al |
| | * | |
| SEWAGE & WATER BOARD, | * | |
| ENTERGY NEW ORLEANS | * | |
| COX CABLE OF NEW ORLEANS | * | |
| CITY OF NEW ORKEANS | * | |
| DEFENDANTS | * | |

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
AND/OR PETITION FOR WRIT OF MANDAMUS, CERTIORARI
OR PROHIBITION**

### I. JURISDICTION

1.  Congress enacted the Ku Klux Klan Act, one provision which—now codified at **42 U.S.C. § 1983**—authorizes any person alleging that a government official deprived him or her of "any rights, privileges, or immunities secured by the Constitution" to sue the government official for damages and/or other relief; the Declaratory Judgment Act, **28 U.S.C. § 2201 et. seq., 28 U.S.C. §1391**. See also, **42 U.S. Code § 1985** - Conspiracy to interfere with civil rights; Also, under **28 U.S.C. § 1361**, which empowers the Supreme Court to deem any action by any branch of a state's government to be unconstitutional.

### II. VENUE

2.  Venue is proper in this Court pursuant to **28 U.S.C. 1391 - Venue generally,** because plaintiff reside in this district, and all or a substantial part of the events or omissions giving rise to the claim occurred in this district.

1

_X_ Fee Pauper
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## III. PARTIES

### Petitioner

3. Plaintiff, Milton Armstead, in his 73th year on earth, in New Orleans, and under its criminal justice system, is a lifelong victim of its profiling, arresting, punishing and recycling from practical stages of infanthood to elderliness; he is disabled, living on a fixed-income, a Korean Veteran and descendant of New Orleans' slaves.

4. He stands *unduly* convicted, among other deprivations, having been enslaved, not so much for the nearly 20 years by the City of New Orleans which has its unwritten method of creation of criminals, confining suspects, some, who have nothing to do with the crime to be solved.

5. Defendant, SEWAGE & WATER BOARD of New Orleans, at each and every opportunity increases the cost of water use without cause, justification and lacking commission approval, in order to continue the so-called economic appraisal geared to run Africa Americans and other poor people out of town, making room for $ people.

6. Defendant ENTERGY NEW ORLEANS, at each and every opportunity increases the cost of Entergy use without cause, justification, and/or lacking commission approval in order to continue the so-called economic appraisal geared to run Africa Americans and other poor people out of town, making room for $ people.

7. Defendant COX CABLE OF NEW ORLEANS, in concern in concern with the other defendants increases the cost of home entertainment without cause, justification, nor commission approval in order to continue the so-called economic appraisal geared to run Africa Americans and other poor people out of town to make room for $ people.

8.      Defendant, the City of New Orleans, is a municipality which, at all times herein mentioned, engaged in the worst crimes in history -- the slave trade -- and continued slavery of their descendants, disguised as crime fighting [for some], in order to continue the so-called economic appraisal geared to run Africa Americans and other poor people out of town to make room for $ people.

9.                          IV. COMPLAIN

**QUESTIONS PRESENTED:**

   *I*      **Does plaintiff and wife have a right to the protection of their home living from illegal evictions for failing to pay the cost of living increased by city officials and its vendors** *in order to continue the so-called economic appraisal geared to run Africa Americans and other poor people out of town to make room for $ people?*

   *II*     *Are poor people entitled to due process and fundamental fairness of which plaintiff and other poor people are, relative to the Federal Constitution and whether any of the rights therein protect them beyond words?*

10.     The *Fourth Amendment* provides that "The right of the people to be secure in their persons, houses, papers, and effects shall not be violated. . . ."

11.     Plaintiff understands that the **13th Amendment** contains two sections; In the first section, the amendment abolishes both *slavery* and *involuntary servitude*, except as a punishment for crime resulting from a [duly] conviction. The second section gives Congress the right to pass legislation to ensure that the provisions of the first section are properly enforced. Therefore, after it was passed, the Fugitive Slave Clause and the Three-Fifths Compromise were nullified.

12.     Effort of the City, via the NOPDlie [many times], and or Hurricane Katrina type

3

events, run African Americans and other poor people away from New Orleans, except for required workers and other essential type people needed for recreational and/or other purposes; unnecessarily get rid of such people to made room for $ people?

13.     The **Fourteenth Amendment,** Section 1 states "No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

14.     It seems that, at a glance of the time after the civil war, some white Louisianans attempted to reverse gains African Americans made during Racial Reconstruction by implementation of racial segregation laws, acts of white supremacy, black inferiority throughout the south, and the establishment of Black Codes, laws meant to lessen the worth of poor people.

15.     Eventually, the Louisiana Criminal Code, took the place of the slave mentality and continued to deprive African Americans, especially of a quality and/or any other kinds of education.

16.     It seems that the City of New Orleans became divided into several racial groups: white, African Americans, and other poor people; Black slaves were still subjected to the weigh of racial discrimination, and glued to a social situation whereby they became servants to the whole population, in as much as disenfranchised-movement was their order of the day.

17.     Indeed, everything that could be separated and/or restricted -- such as the right to vote, use of public facilities to include restaurants, hotels and even cemeteries, so much

so that the line separating blacks and whites became deeply entrenched into Louisiana culture.

18.     The State of Louisiana gives the city of New Orleans its majority jury verdict selection system whereby the prosecution can stack the jury box with majority white jurors to continue the firm hold of hatred for African Americans and other minorities, and to continue the disenfranchisement in controlling the vote, even as far as enhancing representation in the House or Senate, federal of state government [See Majority Jury verdict].

19.     The "white only" screens on buses and other places came down despite the resistance by various local racial groups of the time which seemed to hold on to that way of thinking, **or** give-up the federal funds pouring into the city, especially after Hurricane Katrina where billions were at stake.

20.     People like plaintiff had been arrested, charged with crime which sole proof or evidence rest in a person or persons for whom NOPD-intimidated, a witnesses against him.

21.     The Upper Ninth Ward, the Bywater neighborhood that is, was first invaded by members as this family, wherein plaintiff's wife, in the early 1970s, bought a home in the 3000 block of Dauphine Street, until forced to sell after Katrina in 2009.

22.     As in the charge of Sewages & Water Board of $24 for residential sanitation, although plaintiff and many other in his apartment building are provided a dumpster. Likewise, with Cox charges monthly fee of $10 "for other services," where no one fully nor logically explains, as the same additional charge with Energy, a "fuel and purchased

Power of $28.22"

23.     Despite the Fourth, Thirteenth, Fourteenth and Fifteenth, and any other Amendment(s) and/or law(S), abolishing slavery and recognizing African Americans as citizens, OPJS will enter into, search and seize name as evidence found on private receipts, life Insurance policy and/or whatever identifying items, and will have one sent directly to Angola for decades.

24.     Believe it or not, because attorneys representing indigent defenders usually do not, because of time constrains, mostly, see or even speak to accuseds until they are in the section of court to which the case has been assigned, and come to understand that they do not so much as expect sufficient legal services.

25.     The City of New Orleans, very well treat some people, predominately African Americans, of which plaintiff is one, as if they have no rights, surely in the protection of their home, neither to due process, nor to any kind of fundamental fairness that other people in the city enjoy.

26.     No matter how innocent one maybe, especially African Americans, of whom defendants creates its own criminals, where not even plain-vanilla facts will not help, even if four or more witnesses are Black and one is the real perpetrator.

27.     There will be no doubt that the City of New Orleans will be satisfied resting itself with the judicial decision to lockup a falsely accused person.

28.     Not even Forensic Science will be able to help should the NOPD witness say you did it, under circumstances where DNA is not a part of the science.

29.     Whatever ideas you maybe able to think of amid your confinement,

address lowering the rate of crime incidents, there seems to always be that *someone(s)* so determined to destroy and stop that from so much as getting off the ground for, indeed, that's *their* bread, butter and toilet paper money.

30. The fundamentally poor -- those who were probably seen in the flood waters of Hurricane Betsy, Katrina and others, or on the Danziger Bridge and/or in the Texas Astrodome and/or in and around New Orleans, and/or seen quite frankly and regularly on a TV news program where they all seem to look-a-like [after a while] -- They are used to filing prison spaces, work for pennies and provide paychecks for DOC & law enforcement people.

31. The City of New Orleans either do not sufficiently train its criminal justice system personal and/or stakeholders, and/or may have trained it to do what is being here done.

32. Furthermore, that the City of New Orleans falsely entwines slave-descendants in its criminal justice system is not only vividly shown, on a large scale, in the wall-to-wall alignment of black mothers and black children of Orleans Parish Juvenile Court, preparing the males and females to be adults at the Orleans Parish Criminal District Court, the Orleans Parish Prison, the Louisiana Correctional Institute for Women, the Louisiana State Penitentiary at Angela, and, then, for many, Point-Look-Out I and II [or III] [Angola's graveyards where years, decades and generations of dead blacks are buried], but also to be used to enhance population growth in other parishes and states which are all about that the American [$] dollar.

33. Also, based upon the general equitable principle that no person should be allowed to profit at another's expense without making restitution for the reasonable value of any

7

property, services, or other benefits that have been unfairly received and retained, the defendant City of New Orleans did, unfairly and immorally, enriched itself at the suffering and pain of plaintiff's ancestors as it now appears to have been continued to the next and coming generations, but it is called "crime-fighting, for some."

34. In the many cases *after* NOPD does its profiling, detaining and arrest procedures, and newsroom worthiness, the jury panel is explicitly designed to Disenfranchise the African-American population and enshrine white power, which fully demonstrates that none is so blind as those who do not want to see.

35. New Orleans' slave-descendants, especially the elderly, those on fixed income, and/or disabled who cannot keep pace are financially poor because of the history of New Orleans' treatment of ancestors as slaves, arbitrarily denying them of such due to inhuman slave laws.

36. Clearly, New Orleans did not compensate for their labor, nor the buying and selling of their person, nor the maltreatment, hurt, misery, pain and suffering.

37. The City of New Orleans discriminates against the most vulnerable and/or weakest segment of New Orleans' society by plotting to move them out via the raising cost of living, with which this segment of people cannot continue to endure. The "handwriting is on the wall."

38. The best example is in how the City of New Orleans controls the Sewage & Water Board, the Entergy New Orleans as well as some portion of Medicaid through the State of Louisiana, to name but a few, and in whatever relation it has with the Cox Cable Company, which have full control over those who have no other means of ~~home~~

entertainment, and/or needed for a form of therapy for people diagnosed with bipolar disorder, as plaintiff's wife, for sure, is one.

39. A peer inside shows the Parish of Orleans being the only parish from which African Americans fits greater then twice the amount then all the other 63 Louisiana Parishes in the Louisiana. [Annual report, LSP].

40. The City of New Orleans knowingly, deliberately and with the intent of enslaving descendants of slaves, mostly, violates prohibition of several Amendments by taking complete advantage of the loophole permitting slavery via *duly* convicted, by the use of racism and corruption.

41. Clearly, if the goal is to demonstrate that 1 is greater then 5, if the 1 is a white person in New Orleans, the 5 weigh is then flawed by blackness, then this factual situation sets a precedent. And, as Judge Smith offers this question for consideration...

> "If [an unpublished] opinion is a mere restatement of existing law (as it must be, if it is accorded unpublished status), what is the harm in viewing it as precedent?

42. Unusually, and/or at some point from here to there on the America criminal justice ladder: a person, position and/or an intelligence, stop and listen to what is being said or done, which will and/or will not set well with that **other** intelligence, an entity, if you will, capable of rational thought, especially one clear angular separation of two conflicting objects -- *true* or *false*, presents a matter for which reason, fairness and indiscrimination are required. In in New Orleans, between white and black, white will win, come whatever may, such as right or wrong.

43. In New Orleans, there are, too, warm and friendly and caring people, even the

9

ones for whom room have been, and or will be, created by dismantling affordable housing for the poor, more so here then anywhere else life exist.

44.     But, also, here, there are some cruel and $ greedy people who shall speak or do anything in this world for $ or upper rank or position, or special attention.

45.     Be that as it may, defendants are indebted onto plaintiff and all so situated for an amount to be decided by this Honorable Court after hearing all the evidence, past and present.

46.     Supportively, New Orleans has a place or office, referring to its franchising authority at City Hall, in room 2w89, from which it keeps track of its franchising participants; unfortunately, no such office or place, just a person, for whom a complainant must catch-up with to voice the complaint. City, obviously, have this that way.

47.     Plaintiff herein seek to file this complaint by use of his participation in Informa Pauperis inasmuch as he cannot afford the cost, is in agreement with HANO/HUD to purchase a home, make sacrifices and save, as well as be qualified or fit for home purchase.

48.     Plaintiff certainly cannot tend to accomplish such agreement with the vendors, to include the landlord, which fraudulently got plaintiff to sign a rental agreement whereby he waved eviction notification, et al, and, therefore, can be evicted without notice.

49.     Renting in New Orleans in the same as homelessness for poor people.

50.     Plaintiff fears naming the landlord for his family in no way can contend with being suddenly evicted.

51.     The best living example of what we face daily is explained by the actions of our landlord who, after HANO reduced our portion down to $314 of the $777 monthly rent, presumably to best accomplish our part of the goal, which was always sent on time since 2011; it did increased our portion by an extra <>$42, for obvious reason, in leading the pact.


Respectfully submitted,

*Milton Armstead III* (signature)

Milton Armstead III
3501 Saint Claude Ave
APT 102
New Orleans, Louisiana 70117-6160
(504) 948-92189 c372-8192

Please serve:

Sewage and Water Board
625 Saint Joseph Street
New Orleans, Louisiana 7o165-6501

Entergy New Orleans
3400 Canal Street
New Orleans, Louisiana 70119

Cox Cable of New Orleans
3131 Elysian fields
New Orleans, Louisiana 70122-3606

City of New Orleans
1300 Perdido
New Orleans, Louisiana